```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| ATLANTIC DELI & GROCERY, | HONORABLE JEROME B. SIMANDLE |
| Plaintiff, | CIVIL NO. 10-4363 (JBS/AMD) |
| v. | |
| UNITED STATES OF AMERICA, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon Defendants' motion for summary judgment [Docket Item 12]; the Court having considered the submissions of the parties; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this   **23rd**   day of **May, 2011** hereby

ORDERED that the motion for summary judgment is **GRANTED.**

 

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge